UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM PATTERSON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>STEVEN GRIMM, et al.,<br><br>　　　　　　Defendants. | 2:10-CV-1292 JCM (RJJ) |

**ORDER**

Presently before the court is the matter of *Patterson v. Grimm et al.* (2:10-cv-01292-JCM-RJJ).

On March 16, 2010, the plaintiff filed the instant complaint in state district court in Clark County, Nevada. (Doc. #1). Defendants removed this action to federal court on August 2, 2010. (Doc. #1). On September 28, 2010, the clerk of the court instructed plaintiff that his action would be dismissed as to all defendants pursuant to Federal Rule of Civil Procedure 4(m) if he did not file proof of service of process as to each by October 28, 2010. (Doc. #16). Federal Rule of Civil Procedure 4(m) provides: "If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice."

This court has since dismissed the case as to defendants Countrywide and Bank of America. (Doc. #28). Plaintiff subsequently filed proof of service as to defendants Eve Mazzarella (doc. #19), Ashley Fifield (doc. #20), Distinctive Real Estate & Investments (doc. #21), A Plus Appraisal (doc. #23), Western Pacific Funding, Ltd. (doc #25), and Western Pacific Realty (doc. #25). To date,

**James C. Mahan**
**U.S. District Judge**

1  plaintiff has failed to file proof of service as to defendants Steven Grimm, Pamela Miller, Theresa
2  Marcianti, and Pro Design, Inc.
3      Accordingly,
4      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the case as to defendants
5  Steven Grimm, Pamela Miller, Theresa Marcianti, and Pro Design Inc., and the same hereby is,
6  DISMISSED without prejudice.
7      DATED this 16th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -